IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
LORENZO PEARSON and        )
CLARISSA PEARSON,          )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )    1:14cv1250-MHT
                           )         (WO)
(THE) COMMERCIAL BANK OF   )
OZARK aka Commercial Bank  )
of Ozark, etc., et al.,    )
                           )
     Defendants.           )
```

OPINION

Plaintiffs filed this lawsuit asserting a 'taking' claim, a race-discrimination claim, and various state-law claims related to a property they once owned. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed and that various procedural motions be granted or denied. Also before the court are plaintiffs' objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled and the

magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of August, 2015.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**