IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
LORENZO PEARSON and        )
CLARISSA PEARSON,          )
                           )
    Plaintiffs,            )
                           )      CIVIL ACTION NO.
    v.                     )        1:14cv1250-MHT
                           )             (WO)
(THE) COMMERCIAL BANK OF   )
OZARK aka Commercial Bank  )
of Ozark, etc., et al.,    )
                           )
    Defendants.            )
```

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (doc. no. 26) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 25) is adopted.

(3) This lawsuit is dismissed, with plaintiffs' federal claims dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and their state-law claims

dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

(4) Plaintiffs' motion for leave to proceed in forma pauperis (doc. no. 4) is denied.

(5) Plaintiffs' motion for leave to proceed in forma pauperis (doc. no. 9) is granted.

(6) Plaintiffs' motions to supplement (doc. nos. 11 & 12) are granted.

(7) Plaintiffs' motions to amend (doc. nos. 13 & 14) are denied as futile.

(8) All other motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of August, 2015.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**